HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALBERT CHRIS HESTERMAN, an individual, and LORI TROCHIM, an individual

Plaintiffs,

v.

RPM INTERNATIONAL, INC., *et al.*,

Defendants.

Case No. 2:18-cv-01821-RAJ

**ORDER TO SHOW CAUSE**

This matter comes before the Court *sua sponte*. Before proceeding further with this matter, the Court is obligated to determine whether it has subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3); *Moore v. Maricopa Cty. Sheriff's Office*, 657 F.3d 890, 894 (9th Cir. 2011). Absent jurisdiction, any determination on the merits would be void. *Watts v. Pinckney*, 752 F.2d 406, 409 (9th Cir. 1985).

Federal courts have diversity jurisdiction over civil actions where the amount in controversy exceeds $75,000, exclusive of interest and costs, and the case is between citizens of different states. 28 U.S.C. § 1332. Plaintiffs allege this Court has diversity jurisdiction over the action. Dkt. # 3. However, Plaintiffs' Complaint fails to affirmatively allege the citizenship of each corporate party. *See Harris v. Rand*, 682 F.3d 846, 850 (9th Cir. 2012) ("Given their limited jurisdiction, federal courts have repeatedly held that a complaint must include allegations of both the state of incorporation and the

ORDER – 1

principal place of business of corporate parties."). Accordingly, the Court orders Plaintiffs to show cause as to why this case should not be dismissed for lack of jurisdiction.

Plaintiffs shall file a written response to this order, not exceeding five (5) pages, on or before February 8, 2019. Failure to file a response will result in dismissal of this action.

DATED this 25th day of January, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2